IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN ANDREW WOODWARD,

    Petitioner,

vs.

TOM FELKER, Warden,

    Respondent.

No. C 02-00505 JW (PR)

ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

(Docket No. 15)

Petitioner has filed a notice of appeal and request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

Petitioner's request for a certificate of appealability (Docket No. 15) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the Court of Appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

DATED: November 29, 2007

JAMES WARE
United States District Judge

Order Denying Motion for Certificate of Appealability
P:\PRO-SE\SJ.JW\HC.02\Woodward505_deny-COA.wpd